| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Packard Square LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Adkison Need Allen & Rentrop PLLC<br>39527 Woodward<br>Suite 222<br>Bloomfield Hills, MI 48304** | **Kelly Allen<br><br>(248)540-7400** | | | | | **$3,508.03** |
| **Allan Falk, PC<br>2010 Cimarron Drive<br>Okemos, MI 48864-3908** | **Allan Falk<br><br>(517)381-8449** | | | | | **$15,888.75** |
| **American Management Services Central LLC<br>d/b/a Pinnacle<br>2600 Lake Lucien Drive<br>Suite 300<br>Maitland, FL 32751** | | | | | | **$31,523.66** |
| **Assa Abloy<br>631 International Parkway<br>Suite 100<br>Richardson, TX 75081** | **(972)907-2273** | | | | | **$38,755.62** |
| **Builders Plumbing & Heating Supply<br>2464 South Industrial Highway<br>Ann Arbor, MI 48104-6130** | **(734)668-8200** | | | | | **$18,700.02** |
| **Built Form LLC<br>935 West Chestnut Street<br>Suite 520<br>Chicago, IL 60642** | **Arden Freeman<br><br>(312)738-3835** | | | | | **$8,419.27** |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Packard Square LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **C.E. Gleeson Constructors, Inc. 984 Livernois Road Troy, MI 48083** | **Charles Gleeson (248)647-5500** | | | | | **$82,284.03** |
| **Cusmano & Co. 3001 West Big Beaver Road Suite 402 Troy, MI 48084** | **Jim Karakashian (248)649-1166** | | | | | **$23,320.00** |
| **Elkins Kalt Weintraub Reuben Gartside 2049 Century Park East Suite 2700 Los Angeles, CA 90067** | **(310)746-4400** | | | | | **$4,035.00** |
| **Emily A. Minns PLC 1707 Stanley Boulevard Birmingham, MI 48009** | **(248)792-6440** | | | | | **$6,000.00** |
| **Finish Works Carpentry 412 Golfside Drive Lapeer, MI 48446** | **(810)614-2517** | | | | | **$3,915.00** |
| **Hooper Hathaway, PC 126 South Main Street Ann Arbor, MI 48104-1903** | **(734)662-4426** | | | | | **$93,216.47** |
| **Kitch Drutchas Wagner Valitutti 1 Woodward Avenue Suite 2400 Detroit, MI 48226** | **(313)965-7900** | | | | | **$222,441.76** |
| **MA Engineering 200 East Brown Street Birmingham, MI 48009-6205** | **(248)258-1610** | | | | | **$2,535.00** |
| **MacAllister Rentals 52700 Pontiac Trail Wixom, MI 48393-1926** | **(248)714-8300** | | | | | **$3,430.16** |
| **Midwestern Consulting 3815 Plaza Drive Ann Arbor, MI 48108-1655** | **(734)995-0200** | | | | | **$6,070.90** |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Professional Service Industries, Inc.<br>P.O. Box 74008418<br>Chicago, IL 60674** | **(734)453-7900** | | | | | **$6,469.49** |
| **Sensera Systems<br>17301 West Colfax Avenue<br>Suite 310<br>Golden, CO 80401** | **(800)657-0437** | | | | | **$2,606.00** |
| **Spittler Strategic Services LLC<br>P.O. Box 7595<br>Ann Arbor, MI 48107** | **John Spittler<br>(734)646-1006** | | | | | **$9,618.75** |
| **Sullivan Ward Asher & Patton PC<br>25800 Northwestern Highway<br>Southfield, MI 48075** | **Kevin Gleeson<br>kgleeson@swappc.com<br>(248)746-0700** | | | | | **$19,302.95** |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy