UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: )
) Chapter 11
PACKARD SQUARE LLC, )
) Case No. 17-52483
)
Debtor. ) Judge Thomas J. Tucker
_____/

**ORDER GRANTING, *IN PART*, DEBTOR'S EX PARTE MOTION FOR AN ORDER SHORTENING TIME FOR PARTIES TO RESPOND AND TO SET EXPEDITED HEARING ON CERTAIN MOTIONS FILED BY DEBTOR ON SEPTEMBER 5, 2017 (DOCKET # 14)**

This case is before the Court on a motion filed on September 5, 2017 (Docket # 14, the "Expedited Hearing Motion") by the Debtor, Packard Square LLC (the "Debtor"), seeking shortened notice and an expedited hearing on the following motions: *Debtor's First Day Emergency Motion for Order Directing Receiver to Turn Over All Property to Chapter 11 Debtor-in-Possession and Related Relief* (Docket # 8, the "Turnover Motion"); *Application for Order Under 11 U.S.C. § 363 Authorizing the Appointment of Gene R. Kohut as Chief Restructuring Officer of the Debtor* (Docket # 9, the "CRO Application"); and *Debtor's First Day Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Obtain Postpetition Financing, (II) Scheduling a Final Hearing, and (III) Granting Certain Related Relief* (Docket # 13, the "DIP

Motion") (collectively, the "First Day Pleadings"), and the Court being fully advised on the premises:

**IT IS ORDERED THAT:**

1. The Expedited Hearing Motion (Docket # 14) is granted with respect to the Turnover Motion and the DIP Motion (together, the "First Day Motions"), but it is denied with respect to the CRO Application.[1]

*2.* The deadline for parties to object to the First Day Motions is **September 11, 2017 at or before 5:00 p.m**. *Any objections must be filed with the Court by that date and time.*

3. The Court will hold a hearing on the First Day Motions (Docket ## 8, 13) on **September 13, 2017 at 12:00 noon.**

*4.* No later than September 6, 2017, the Debtor must serve a copy of this Order by electronic mail, where applicable, or by First Class Overnight Mail, to (i) the United States Trustee for the Eastern District of Michigan, (ii) counsel for Canyon,[2] (iii) the holders of the twenty (20) largest unsecured claims against the Debtor's estate, (iv) all other secured creditors, (v) counsel to the Receiver, and (vi) all parties identified in Bankruptcy Rule 4001(d) (collectively, the "Noticed Parties"). *Debtor must file proof of such service no later than September 7, 2017.*

---

[1] The Court finds that good cause has not been shown for granting an expedited hearing on the CRO Application, particularly in light of Fed. R. Bankr. P. 6003(a) and 6003(b).

[2] Capitalized terms not herein defined shall have the meanings ascribed to them in the *Affidavit of Craig Schubiner in Support of Chapter 11 Petition and First Day Pleadings* (Docket # 7).]

**Signed on September 05, 2017**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge