# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

PACKARD SQUARE LLC,　　　　　　　　　　Chapter 11

　　Debtor.　　　　　　　　　　　　　　　Case No. 17-52483

　　　　　　　　　　　　　　　　　　　　Judge Thomas J. Tucker

_____/

## ORDER SHORTENING TIME FOR PARTIES TO RESPOND AND TO SET EXPEDITED HEARING ON EMERGENCY CROSS-MOTION TO: (1) EXCUSE RECEIVER FROM TURNOVER PROVISIONS; AND (2) SUSPEND THE BANKRUPTCY CASE

Upon consideration of CAN IV Packard Square LLC's ("Canyon") Ex Parte Motion (Docket # 29, the "Expedited Hearing Motion") for an Order Shortening Time for Parties to Respond and to Set Expedited Hearing on *Emergency Motion to: (1) Excuse Receiver From Turnover Provisions; and (2) Suspend the Bankruptcy Case* (Docket # 28, the "Cross-Motion"),

IT IS ORDERED that the Expedited Hearing Motion (Docket # 29) is granted, and that:

1.　　The deadline for parties to object to the Cross-Motion is **September 12, 2017 at or before 5:00 p.m. Any objections to the Cross-Motion must be filed with the Court by that date and time.**

2.　　The Court will hold a hearing on the Cross-Motion on **September 13, 2017 at 12:00 noon.**

3.　　Counsel for Canyon must immediately serve a copy of the Cross-Motion and this Order by electronic mail (where emails are available), or by first class overnight mail or overnight Federal Express (where emails are not available), to the same parties that were

previously ordered to be served with pleadings in Docket # 15, ¶ 4. Canyon must file a proof of such service no later than September 11, 2017.

**Signed on September 11, 2017**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge