UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                      Case No. 17-52483

PACKARD SQUARE LLC,                  Chapter 11

              Debtor.                             Judge Thomas J. Tucker
_____/

**ORDER SCHEDULING AN EVIDENTIARY HEARING
ON DEBTOR'S POST-PETITION FINANCING MOTION**

      This case came before the Court for a hearing on September 13, 2017, on the Debtor's motion entitled "First Day Emergency Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Financing, (II) Scheduling a Final Hearing, and (III) Granting Certain Related Relief" (Docket # 13, the "DIP Financing Motion"). Confirming action taken by the Court during the hearing, and for the reasons stated by the Court on the record during the hearing,

      IT IS ORDERED that:

1. The Court will hold an evidentiary hearing on the DIP Financing Motion, limited to the issue of adequate protection as described by the Court during the September 13, 2017 hearing. The evidentiary hearing will be held on **Tuesday, September 19, 2017 at 9:00 a.m.**

2. The following time limits will apply in the evidentiary hearing. The Debtor and CAN IV Packard Square LLC ("Canyon") each will have:

   a. a maximum 5 minutes for an opening statement;
   b. a maximum of 3 hours to present all evidence (direct and cross examination, and exhibits) and to argue any evidentiary objections; and
   c. a maximum of 10 minutes for a closing argument.[1]

3. No later than 5:00 p.m. on Friday, September 15, 2017, the Debtor and Canyon each must file and serve on the other a witness list, and an exhibit list, and must serve on the other (but not file) a copy of all marked exhibits[2] that the party may seek to use in the evidentiary hearing.

---

    [1] If the Debtor and Canyon agree to changes in these time limits, they may so stipulate, and the Court will consider the parties' proposed changes.

    [2] The Debtor's exhibits must be numbered; Canyon's exhibits must be lettered; any joint exhibits may be marked as joint exhibits, with numbering.

**Signed on September 14, 2017**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**

2