UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                     Case No. 17-52483

PACKARD SQUARE LLC,                                        Chapter 11

           Debtor.                             Judge Thomas J. Tucker
_____/

## ORDER REGARDING DEBTOR'S TURNOVER MOTION
## AND CANYON'S CROSS-MOTION

      This case came before the Court for a hearing on September 13, 2017, on two competing motions: (1) the Debtor's motion entitled "First Day Emergency Motion for Order Directing Receiver to Turn Over All Property to Chapter 11 Debtor-in-Possession and Related Relief" (Docket # 8); and (2) the motion filed by CAN IV Packard Square LLC ("Canyon") entitled "CAN IV Packard Square LLC'S Emergency Cross-Motion To: (1) Excuse Receiver from Turnover Provisions; and (2) Suspend the Bankruptcy Case" (Docket # 28) (together, the "Motions"). Confirming actions taken by the Court during the hearing, and for the reasons stated by the Court on the record during the hearing,

      IT IS ORDERED that:

1. No later than Monday, September 18, 2017, Canyon must file, as supplemental exhibits regarding the Motions, all of the following:

   a. the current docket sheet for the state court receivership case *(CAN IV Packard Square LLC v. Packard Square, LLC, et al.*, Case No. 16-000990 CB (Washtenaw County Circuit Court) (the "state court case");

   b. a transcript of every hearing held in the state court case (except for the transcript of the October 27, 2016 hearing, which is already filed in this case, at Docket # 28, Exhibit B); and

   c. a copy of the motions filed in May or June 2016 by Gaylor Electric, Inc. and by Quandel Construction Group, Inc. seeking to sue the Receiver for breach of fiduciary duties and other relief.

2. After the items listed in paragraph 1 above have been filed, the Court will decide whether an evidentiary hearing on the Motions is necessary, and if so, the Court will enter an order scheduling such evidentiary hearing. If the Court decides that an evidentiary hearing is not necessary, the Court will decide the Motions without holding an evidentiary hearing, by filing a written opinion/order.

**Signed on September 14, 2017**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge