UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                       )
                                             )    Chapter 11
Packard Square, LLC.                         )
                                             )    Case No. 17-52483
                                             )
           Debtor.                           )    Judge Thomas J. Tucker
_____/

**ORDER EXTENDING DEADLINE FOR DEBTOR TO FILE SCHEDULES
AND STATEMENT OF FINANCIAL AFFAIRS**

Based on the stipulation between Debtor Packard Square, LLC. (the "Debtor") and the United State Trustee (Docket # 102),

**IT IS ORDERED** that the deadline for the Debtor to file its *Summary of Assets and Liabilities, Schedules A/B, D, E/F, G and H, and Statement of Financial Affairs* is extended to **October 10, 2017**.

**Signed on September 18, 2017**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge