UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: )
) Chapter 11
Packard Square LLC, )
) Case No. 17-52483
)
Debtor. ) Hon. Thomas J. Tucker
_____/

## ORDER AUTHORIZING EMPLOYMENT OF SWISTAK & LEVINE, P.C. AS SPECIAL COUNSEL FOR THE DEBTOR

This matter having come to be considered upon the *Amended Application for Order Authorizing Employment of Swistak and Levine, P.C. as Special Counsel for the Debtor* (the "Application") and the declaration of I. Matthew Miller in support thereof (the "Miller Declaration") filed by the Debtor, no further notice or hearing being necessary, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Debtor is authorized to employ Swistak & Levine, P.C. as special counsel pursuant to the terms of the Application and Miller Declaration; and it is further

ORDERED that Swistak & Levine, P.C. shall be compensated in accordance with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Bankruptcy Court, and such procedures as may be fixed by this Court.

**Signed on September 27, 2017**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge