UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: )
) Chapter 11
Packard Square LLC, )
) Case No. 17-52483
)
Debtor. ) Hon. Thomas J. Tucker
_____/

**ORDER AUTHORIZING EMPLOYMENT OF THE DRAGICH LAW FIRM PLLC AS BANKRUPTCY COUNSEL PURSUANT TO SECTIONS 327(a), 328(a), 329 & 1107 OF TITLE 11 OF THE UNITED STATES CODE, RULES 2014(a) & 2016(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND RULE 2014-1 OF THE LOCAL BANKRUPTCY RULES FOR THE EASTERN DISTRICT OF MICHIGAN**

Upon the Debtor's Application (the "Application") to employ the Dragich Law Firm PLLC as Bankruptcy Counsel 327(a), 328(a), 329 & 1107 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) & 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules for the Eastern District of Michigan (the "Local Rules"); seeking entry of a final order authorizing the Debtor to employ and retain The Dragich Law Firm PLLC (the "Firm") as bankruptcy counsel to the Debtor as of September 5, 2017; and upon consideration of the Declaration of David G. Dragich (the "Dragich Declaration") attached to the Application as Exhibit 2 and incorporated by reference therein; and the Court having jurisdiction pursuant to sections 157 and 1334 of title 28 of the United States Code to consider the Application and the relief requested therein; and venue being proper in this Court pursuant to sections 1408 and 1409 of title 28 of the United States Code; and it appearing that proper and adequate notice of the Application has been given and that, except as otherwise ordered herein, no other or further notice is necessary; and the Court having determined that the relief sought in the Application is in the best interest of the Debtor, its

1

creditors, and all parties in interest; and the Court having determined that the Firm is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code and that the legal and factual bases set forth in the Application and the Dragich Declaration establishes just cause for the relief granted herein;

**IT IS HEREBY ORDERED THAT**:

1. The Application is GRANTED in its entirety; and it is further

2. **ORDERED** pursuant to section 327(a) of the Bankruptcy Code, the Debtor is authorized to employ and retain the Firm, as of the Petition Date, as its bankruptcy counsel for all purposes permitted by Section 327(a); and it is further

3. **ORDERED** that the Firm shall be compensated in accordance with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Bankruptcy Court, and such procedures as may be fixed by this Court; and it is further

4. **ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**Signed on September 29, 2017**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge