UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:　　　　　　　　　　　　　　　　　　　　　Case No. 17-52483

PACKARD SQUARE LLC,　　　　　　　　　　　　　Chapter 11

　　　　　Debtor.　　　　　　　　　　　　　　Judge Thomas J. Tucker
_____/

### ORDER DENYING THE DEBTOR'S MOTION TO OBTAIN POST-PETITION FINANCING

This case came before the Court for hearings held on September 13, 19, and 20, 2017, on the Debtor's motion entitled "First Day Emergency Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing Debtor to Obtain Post-Petition Financing, (II) Scheduling a Final Hearing, and (III) Granting Certain Related Relief (Docket # 13, the "Motion"). Today, the Court filed a written opinion regarding the Motion (Docket # 142). For the reasons stated in that written opinion,

　　　　IT IS ORDERED that the Motion (Docket # 13) is denied.

**Signed on October 13, 2017**



　　　　　　　　　　　　　　　　　　　　/s/ Thomas J. Tucker
　　　　　　　　　　　　　　　　　　　　**Thomas J. Tucker**
　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**